IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01752-PSF-MJW

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

$22,200.00 IN UNITED STATES CURRENCY,

        Defendant.

---

ORDER
(Docket No. 6)

---

This matter having come before the Court on the United States' Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference, and the Court being fully advised, the Court hereby ORDERS:

1. THAT the Scheduling/Planning Conference and all attendant deadlines set by this Court's Order of September 14, 2006 (ECF Document 5) are VACATED; and

2. THAT the United States shall file a Status Report on or before December 22, 2006.

DONE at Denver, Colorado, this 22nd day of September, 2006.

BY THE COURT:

/s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE

-1-