IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01752-PSF-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$22,200.00 IN UNITED STATES CURRENCY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the United States' Uncontested Motion to Vacate and Reset Motion Conference, DN 26, filed with the Court on February 14, 2007, is GRANTED.  The Motion Conference set on March 14, 2007, at 8:30 a.m., is VACATED and RESET on March 20, 2007, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The Court will address the Motion to Set Aside Entry of Default, DN 21, filed with the Court on January 12, 2007.  All parties shall appear in person for the settlement conference.

Date:  February 22, 2007