# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01752-PSF-MJW                FTR

**Date:**  March 20, 2007                                Shelley Moore, Deputy Clerk

UNITED STATES,                                           James S. Russell

                Plaintiff(s),

v.

$22,200.00 in UNITED STATES CURRENCY,

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:34 a.m.**

Court calls case.  Appearance of Plaintiff's counsel.  Mr. Ari B. Gould is present on behalf of Mr. Oscar Beker Palian-Azabamba (the son).

Mr. Gould and Mr. Russell both state that they do not have any witnesses to call.

| | |
|---|---|
| 8:37 a.m. | Mr. Gould presents argument on the Motion to Set Aside Entry of Default (document 18) on behalf of Mr. Palian-Azabamba (son). |
| 8:46 a.m. | Mr. Russell presents responsive argument. |
| 8:53 a.m. | Mr. Gould presents rebuttal argument. |
| 8:56 a.m. | Mr. Russell presents further responsive argument. |

**ORDERED:**   The Motion to Set Aside Entry of Default (document 18) is **TAKEN UNDER ADVISEMENT**.

**Court in recess 8:57 a.m.**
Total In-Court Time 0:23, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.