IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01752-PSF-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$22,200 IN UNITED STATES CURRENCY,

    Defendant,

OSCAR BEKER PALIAN-AZABAMBA,

    Claimant.

## ORDER ACCEPTING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

THIS MATTER is before the Court in this *in rem* forfeiture action on the Recommendation of United States Magistrate Judge on Claimant Oscar Beker Palian-Azabamba's Motion to Set Aside Entry of Default (Dkt. # 32), filed on March 20, 2007. The Court's review of this Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).  The Court has not received any objections to the Recommendation by any party.  Therefore, the Court, upon review of the Recommendation to determine if it constitutes clear error, concludes that it is a correct application of the facts and the law and is not clearly erroneous.  Accordingly, it is

    ORDERED as follows:

    1.    The Recommendation of United States Magistrate Judge (Dkt. # 32) is accepted and adopted;

2. Claimant Oscar Beker Palian-Azabamba's Motion to Set Aside Entry of Default (Dkt. ## 18 and 21) is DENIED; and

3. Claimant Oscar Beker Palian-Azabamba and Plaintiff United States of America will pay their own attorneys' fees and costs.

DATED: April 9, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge