IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01752-PSF-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$22,200 IN UNITED STATES CURRENCY,

    Defendant,

OSCAR BEKER PALIAN-AZABAMBA,

    Claimant.

## FINAL ORDER OF FORFEITURE

    This matter is before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture (Dkt. # 15), filed on January 10, 2007.  Having reviewed said Motion, the Court FINDS:

    That the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

    That all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

    That after notice there have been no claims, answers, or other responsive pleadings timely filed in this matter as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

    That Entry of Default was entered by the Clerk on January 8, 2007;

That based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property; and

That it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

That judgment of forfeiture of "Defendant $22,200 in United States Currency," including all right, title, and interest, is hereby entered in favor of the United States;

That the United States shall have full and legal title to the forfeited property and may dispose of said property in accordance with law; and

That a Certificate of Reasonable Cause, which this Order constitutes, is granted under 28 U.S.C. § 2465.

DATED:  April 10, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge